APPEAL OF WILLETT

No. 249PA82.

Case below: 56 N.C. App. 584.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 12 May 1982.

ARRINGTON v. BRAD RAGAN, INC.

No. 183P82.

Case below: 56 N.C. App. 416.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1982.

BAUGH v. WOODARD

No. 186P82.

Case below: 56 N.C. App. 180.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1982.

BUIE v. DANIEL INTERNATIONAL

No. 202P82.

Case below: 56 N.C. App. 445.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1982.

COTHRAN v. EVANS

No. 211P82.

Case below: 56 N.C. App. 431.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 June 1982.